**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

In re:  Lori Webster

                Debtor(s)

Case 14-01954
Chapter 7
Hon. Gregg

_____/

KLIMMEK & ROOSE, PLC
Attorneys for Plaintiff
Tadd R. Klimmek (P64616)
Adam M. Roose (P68893)
29829 Greenfield Rd., Suite 102
Southfield, MI 48076
(248) 331-1200
klimmekroose@yahoo.com

_____/

Law Office of Todd J Stearn and
James McAlister

                Plaintiff(s),

v.

Lori Webster

                Defendant.

Adv. Pro. No.

_____/

**COMPLAINT TO DETERMINE DISCHARGEABILITY OF LAW OFFICE OF TODD J.**
**STEARN AND JAMES MCALISTER**

    **NOW COME** the Creditors and Plaintiffs, Law Office of Todd J. Stearn and James McAlister, by and through their attorneys, KLIMMEK & ROOSE, PLC, and moves this Court to enter an Order pursuant to 11 USC §727 denying the discharge Defendant on the following grounds:

**JURISDICTION**

1.    Defendant Lori Webster is an individual debtor who filed a petition for relief under Chapter 7 of the Bankruptcy Code on March 23, 2014.

2.    Plaintiffs are creditors of the Defendant as defined in 11 USC §101 and are owed certain debts or obligations as set forth below.

3. This Court has jurisdiction over this proceeding pursuant to 28 USC 1334, 11 USC §727 and Federal Rule of Bankruptcy Procedure 7001(6). This is a core proceeding under 28 USC §157(b)(1)(I). Venue is proper under 28 USC §1409(a).

## INTRODUCTION

4. The debt owed by Defendant to Creditor James McAlister was created on December 3, 2013 upon an Order of Judgment by the Circuit Court of Macomb County, State of Michigan for $84,069.20.

5. The debt owed by Defendant to Creditor Law Office of Todd J. Stearn was created on January 27, 2014 upon a Macomb County Circuit Court Mediation Sanction Order for $60,500.00.

6. Defendant's Statement of Financial Affairs filed in her chapter 7 case indicates the retention of her bankruptcy attorney on February 14, 2014.

7. Defendant's bankruptcy Schedule F lists a total of $223,297.36 in unsecured debt. Of this amount, $71,288.00 is non-dischargable student loan debt, $7,440.16 to ChaseBank and $144,569.20 ($60,500.00 + $84,069.20) to the Plaintiffs. Thus, nearly 95% of Defendant's dischargable debt is represented by the Plaintiffs.

## COUNT I.
### Objection to Discharge Pursuant to 11 U.S.C. §727(a)(2) – Concealment of Assets and Income

8. Plaintiff incorporates by reference Paragraphs 1 through 7, above, as though set forth herein, paragraph-for-paragraph.

9. Defendant's discharge should be denied under §727(a)(2) for her intentional and fraudulent concealment of assets and/or income in relation Cher Car Kennels.

10. Cher Car Kennels is dog boarding, training, breeding and sales kennel located in St. Johns, Michigan.

11. Defendant testified in a state court discovery deposition on May 21, 2013 that she is part owner of Cher Car Kennels. Exhibit 1.

12. A review Cher Car Kennels website on June 6, 2014 indicates the Defendant as a part owner and/or business partner of Cher Car Kennels. Exhibit 2.

13. Defendant signed her bankruptcy petition and schedules on March 23, 2014 verifying that all information contained therein was true, accurate and complete.

14. Defendant's bankruptcy Schedule B contains no disclosure of any business or property interest relating to Cher Car Kennels as described in Defendant's sworn state court deposition testimony and on the Cher Car Kennels website.

15. Defendant has intentionally concealed and/or intentionally failed to disclose her interest in Cher Car Kennels with intent to hinder, defraud or delay her creditors.

16. Defendant's Schedule I and Statement of Current Monthly Income filed in her chapter 7 case contain no disclosure of any business income.

17. Defendant's chapter 7 Statement of Financial Affairs questions #19-25 all answer "None" to any business relationships of the Defendant.

18. Defendant has intentionally concealed and/or failed to disclose income that she derives from Cher Car Kennels with intent to hinder, defraud or delay her creditors.

19. Defendant was informed of these inaccuracies and of her duty to properly disclose all income and assets at her §341 meeting of creditors but no amendments have been made.

20. Defendant's failure to amend her bankruptcy schedules to disclose all assets and income and her failure to correct any inaccuracies is evidence of her intent to knowingly make false and/or fraudulent statements with intent to hinder, defraud or delay her creditors.

21. Defendant has knowingly and fraudulently made false statements and filings in an attempt to conceal assets and income and her discharge should be denied or her case dismissed under 11 U.S.C. §727(a)(2).

**COUNT II.**
**Objection to Discharge Pursuant to 11 U.S.C. §727(a)(4)(A) – False Oath or Account**

22. Plaintiff incorporates by reference Paragraphs 1 through 21, above, as though set forth herein, paragraph-for-paragraph.

23. Defendant signed the bankruptcy petition, schedules and statements under oath on March 23, 2014.

24. Defendant's signature on the bankruptcy petition, schedules and statements is a sworn statement verifying that all information contained therein is truthful and represents a full and complete disclosure of all assets, liabilities and income.

25. Defendant intentionally and fraudulently omitted her ownership interest in Cher Car Kennels from her bankruptcy schedules and statements.

26. Defendant intentionally and fraudulently omitted business income that she may receive from Cher Car Kennels from her bankruptcy schedules and statements.

27. Defendant knew, or should have known, that the information contained in her bankruptcy schedules was false at the time of signing on March 23, 2014.

28. Defendant's failure to disclose her ownership interest in Cher Car Kennels and her failure to disclose income received from Cher Car Kennels is a material statement related to her bankruptcy case.

29. The false statements contained in Defendant's bankruptcy schedules were made with intent to hinder, defraud or delay her creditors.

30. Defendant has knowingly and fraudulently made false statements and filings and her discharge should be denied or her case dismissed under §727(a)(4).

**WHEREFORE,** the Plaintiffs respectfully request that this Honorable Court determine that Defendant's discharge be denied and that this Honorable Court order Defendant to pay, including, but not limited to, the amounts listed above an all appropriate interest, cost and attorney's fees are excepted from discharge pursuant to 11U.S.C. §727(a)(2) and 11U.S.C. §727(a)(4)(A), and for such other relief as the Court deems just.

Submitted by:

/s/ Tadd R. Klimmek
Klimmek & Roose PLC
Tadd R. Klimmek (P64616)
Adam M. Roose (P68893)
Attorneys for Plaintiff
29829 Greenfield Rd, Suite 102
Southfield, MI 48076
klimmekroose@yahoo.com
248-331-1200

Date: July 16, 2014

*Exhibit 1*

# McALISTER v. CARLSON, ET AL

## LORI WEBSTER

## May 21, 2013

Prepared by

# Network*Reporting*
## — STATEWIDE COURT REPORTERS —

Depos@NetworkReporting.com
Phone: 800-632-2720
Fax: 800-968-8653
www.networkreporting.com

*Let us assist you GLOBALLY for all of your deposition needs.*

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF MACOMB

JAMES McALISTER,

     Plaintiff,

                                Hon. D. Viviano

vs                             Case No. 12:838-NO

CHERYL CARLSON, LORI

WEBSTER, CAROLE FIELD

and CHER CAR KENNELS,

a Michigan corporation,

jointly and severally,

     Defendants.

               /

     Deposition of LORI WEBSTER, taken in the above-entitled matter before Notary Public, Patricia A. Lutza, CSR, CRR, at 3452 E. Lake Lansing Road, East Lansing, Michigan, on Tuesday, May 21, 2013, commencing at about 3:45 p.m.

**Network***Reporting*

— STATEWIDE COURT REPORTERS —

800-632-2720

Q.   Would any money be used to pay for gas or pay for a lawn mower out of the company proceeds?

A.   **I don't actually have a company proceed.**

Q.   But Cher Car Kennels does and that's what I am trying to figure out, if that's being paid for out of company money or if that's being paid for out of private money.

A.   **We don't have a separate account for company money.**

Q.   I see.  So all the money that goes into the company goes into the same bank account that your private money goes into?

A.   **No; we have separate accounts.**

Q.   Does Cher Car Kennels even have a bank account, as far as you know?

A.   **I believe they do.**

Q.   Are you on that bank account?

A.   **Yes.**

Q.   So, if you go buy gas for the lawn mower to mow the property, does that come out of your money or the kennel's money?

A.   **It depends on the day.**

Q.   Some days it might come out of the kennel's money?

A.   **Yes.**

Q.   What other things does the kennel pay for?

A.   **Other than the food and the upkeep of the animals?**

Page 13



McALISTER v. CARLSON, ET AL                              DEPOSITION OF LORI WEBSTER

Q.  And now we know that sometimes it pays for mowing
    the grass.

A.  **Right.**

Q.  What else does it pay for?

A.  **Any repairs that need to be done on the buildings,
    electrical.**

Q.  Do you do any of the bookkeeping?

A.  **No.**

Q.  Who would do the bookkeeping?

A.  **Carole, our business partner.**

Q.  And Carole is Carole Field; is that right?

A.  **Correct.**

Q.  She is also one of your business partners?

A.  **Yes.**

Q.  What percentage of the business does she own?

A.  **Again, it's based on a verbal contract.  We don't
    have anything in writing, so she makes decisions
    along with Cheryl and myself as to what we should do
    with the kennel, the next breeding that should take
    place, so she is probably 30 to 50 percent, if you
    need a percent.**

Q.  So she is 30 to 50 percent, you are somewhere around
    20 percent; right?

A.  **Correct.**

Q.  Which means that Cheryl would be somewhere between

**Network**Reporting
— STATEWIDE COURT REPORTERS —
800-632-2720

35 and 50 percent as well; is that true?

A. Yes, if the math is correct.

Q. Can you explain to me why Cheryl told me that she was a 100 percent owner of Cher Car Kennels?

A. Because she is.

Q. She is 100 percent owner, yet you are a 20 percent owner, yet Carole's a 30 to 50 percent owner, I think that adds up to somewhere in the area of 150 to 170 percent.

A. Because verbally we consider ourselves co-owners. There is no money exchanged between us each month based on income.

Q. I haven't suggested that your ownership has to be in writing or oral or any other way, have I?

A. No.

Q. So I am trying to figure out whether it is oral or verbal or written or some angel comes down from heaven to create this ownership interest, what the actual ownership is. I think you have told me you own somewhere around 20, Cheryl owns 30 to 50, and Carole owns 30 to 50 percent; right?

A. That's what I said.

Q. I am still trying to figure out why Cheryl would have told me that she was a 100 percent owner of this business; can you explain that to me?

Page 15

A.     Because she started the business.

Q.     So you think because she started it she is a 100 percent owner?

A.     You will have to ask her.

Q.     You don't have an explanation?

A.     I don't.

Q.     With regard to the property, that is 100 percent in your name though; can we agree on that?

A.     Yes.

Q.     How many dogs does Carole own at that kennel?

A.     I am not sure.  I am not sure which ones have just her name on the papers.

Q.     Do you know what bank Cher Car Kennels uses?

A.     I am trying to read the card in my head.  First -- I am not sure what the exact name is.

Q.     That's something you can provide your attorney if we ask for it?

A.     You bet.

Q.     Now, the dog at issue in this case, Adrenaline Rush, that dog is owned by you?

A.     Yes.

Q.     I have had this photograph marked -- these two photographs marked as Exhibit 6 and I will ask you to take a look at the top photograph there for me; is that Adrenaline Rush?

Page 16

Case:14-80173-jtg    Doc #:1    Filed: 07/16/2014    Page 12 of 28

*Exhibit 2*

# Boarding · Training · Breeding · Sales

## *Who are we?*

Home Page

Who are we?

History

Dog Boarding

Dog Training

Dog Bite Prevention

Dog Breeding

German Shepherds

Dutch Shepherds

Belgian Malinois

Jack Russell Terriers

Puppies

Puppy Guarantee

What do our dogs DO?

Rethinking Spay & Neuter

Dogs for Adoption

Dogs for Sale

Working Dogs

Testimonials & Brag Page

What is a Protection Dog?

Is Dog Sport for You?

Shipping

Vaccinations

What is a Blue Shepherd?

ASK CHERYL Message Board

Guestbook

Photography

Contact Us

Site Map



**German Shepherds · Dutch Shepherds · Belgian Malinois · Parson Jack Russell Terriers**
**4215 S. Lowell Road · St. Johns, MI. 48879 · Phone (989) 224-7225 · Email: info@CherCarKennels.com**

Case:14-80173-jtg   Doc #:1   Filed: 07/18/2014   Page 13 of 28

# *Providing Award Winning Canine Services since 1977*



Lori Webster, Cheryl Carlson & Carole Field

**Cher Car Kennels** specializes in ALL breed training for the family pet, along with advanced training for sport, protection and police. Our combined training programs have graduated over 18,000 dogs since 1977.

The combined experience of founder Cheryl Carlson along with business partners Lori Webster and Carole Field creates a truly unique team offering expertise in nearly every facet of dog training.

We specialize in preventing dog behavior problems by educating dog owners through personalized private home visits, group classes or in-kennel "boarding school" training, using positive, praising methods of dog obedience instruction. We provide the knowledge, understanding and expertise necessary to teach your dog "good behavior" rather than simply punishing what you might perceive as "bad behavior".

The overall well-being of the dog is then achieved through a special balance of loving attention, exercise and a sense of purpose derived through training.



Lori Webster, Cheryl Carlson & Carole Field

## Founder Cheryl Carlson

Cheryl is one of the best known experts in the industry and is truly unique among trainers for her vast knowledge, years of



Case:14-80173-jtg    Doc #:1    Filed: 07/16/2014    Page 14 of 28

experience and unmatched expertise in every area of dog training. To put it simply, she has done it all!

Cheryl Carlson has been training dogs professionally since 1977, providing guard dog service, teaching family companion dogs (manners, problem solving and behavior modification), personal protection, training K9 police service and physical assistance dogs. She has rehabilitated and placed countless rescue dogs and conducted hundreds of DOG BITE PREVENTION seminars throughout the country. Cheryl is a paid consultant teaching dog bite prevention techniques to various organizations including the United States Postal Service, GTE, FIA, Consumers Energy, UPS, the Visiting Nurses Association and many more. She frequently provides expert witness testimony throughout the state of Michigan in regards to training of police dogs, dog attacks, and dog behavior and is also a certified E.M.S. instructor in the field of Environmental Emergencies.

Cheryl has trained and certified 54 police K-9's to date, with teams trained in patrol, narcotics and explosive detection. She has also certified many other dog trainers in police work. Cheryl's breeding program has produced more than 250 certified Police K-9s and over 100 SAR dogs, along with dozens of physical and blind assistance dogs. She has also produced more French Ring Sport titled dogs than any other breeder in North America.



Cheryl & PD1 GRCH "Hazard", the only UKC Grand Champion Police Dog!
(handler/owner trained)

Cheryl enjoys competition with her own dogs, and has titled in conformation, obedience, agility, rally obedience, herding, terrier racing, lure coursing, dock jumping, Schutzhund, French Ring Sport, Campagne and UKC Dog Sport. She has judged countless personal protection trials throughout the US and Canada, is the ONLY woman in North America to ever receive certification as a Campagne decoy, is one of the founders and past President of NARA (North American Ring Association) and is also a UKC Performance Sport judge licensed for Family Obedience, Dog Sport and United Nosework.



Lori being awarded HIGH IN TRIAL by Dog Sport Judge Allan Brooks after besting over 100 other dogs at 2006 UKC Premier

### Lori Webster

Lori has a long history of service to the world of dogs. She began raising puppies for Leader Dogs for the Blind when she was nine years old and has evolved into an award winning trainer and handler competing in agility, weight pull, obedience, conformation, rally, French Ring Sport, UKC Dog Sport and personal protection.

Lori has been awarded multiple High in Trial awards in both obedience and protection sports. She is also an accomplished decoy of national notoriety, and certified in numerous venues to provide expert training for biting dog sports.



Lori displaying her award winning decoy form - ouch!

Case:14-80173-jtg Doc #:1 Filed: 07/16/2014 Page 15 of 28

## Carole Field

Carole Field is a Dog World Award winning trainer and high-intrial competitor; involved in obedience and protection sports since 1982, and conducting dog obedience instruction in a private, group and club format since 1985. She has judged personal protection tournaments throughout the Midwest since 1995 and is a UKC Performance Judge licensed for Family Obedience, Dog Sport (all classes of Protection and Police Dog titles), United Nosework (a scent work sport showcasing the dog's amazing sense of smell and their inherent desire to hunt) and Terrier Racing (with Senior Judge classification).

Carole is also a nationally published freelance writer and photographer, and has been a Professional Member of the Dog Writers Association of America since 1994.

For greater detail about her credentials, please visit the website at DogSportsTrainer.com.



Carole with PD1, P1 "Nicky" BH, BTr, PPD, CGC, TC, TT, TDI



Home
Sheph
Puppie
You?

© 1977-2014 Cher Car Kennels All rights reserved. All photos, logos and text are the copy written property of Cher Car Kennels LLC and/or its contributors.

Website Design by Fieldworks

# Big or small, we train them all! Go Home!

# Boarding · Training · Breeding · Sales

## *Home page*

Home Page

Who are we?

History

Dog Boarding

Dog Training

Dog Bite Prevention

Dog Breeding

German Shepherds

Dutch Shepherds

Belgian Malinois

Jack Russell Terriers

Puppies

Puppy Guarantee

What do our dogs DO?

Rethinking Spay & Neuter

Dogs for Adoption

Dogs for Sale

Working Dogs

Testimonials & Brag Page

What is a Protection Dog?

Is Dog Sport for You?

Shipping

Vaccinations

What is a Blue Shepherd?

ASK CHERYL Message Board

Guestbook

Photography

Contact Us

Site Map



**German Shepherds • Dutch Shepherds • Belgian Malinois • Parson Jack Russell Terriers**
4215 S. Lowell Road • St. Johns, MI. 48879 • Phone (989) 224-7225 • Email: Info@CherCarKennels.com

## *Providing Award Winning Canine Services since 1977*

### Welcome to Cher Car Kennels!

**Cher Car Kennels in St. Johns, Michigan** has been breeding and training dogs for lives of significance and service since 1977. Our breeding program specializes in German Shepherds, Dutch Shepherds and Belgian Malinois and strives to produce the naturally protective and loving family dog you remember from childhood.

Our success is attributed to knowledge gained through years of experience. We select our breedings to emphasize physical soundness, intelligence and temperament, and we carefully match each individual puppy to its new family based on your stated activity needs and desires. We only utilize x-ray cleared dogs (hips and elbows) in our breeding program, with OFA certification obtained at the appropriate age. We treat our dogs like athletes; feeding the finest natural foods to produce maximum healthy growth and proper nutrition. Our feeding regimen consists of a mix of organic dog food comprised of human-grade ingredients without dyes, additives or synthetic preservatives combined with poultry, beef or venison.

Our 20 acre country farm with boarding kennel facility provides the perfect setting for active socialization of our puppies by exposing them to farm animals (goats, horses, sheep) along with other dogs, boarding and training clients, and lots of friends...ensuring a well rounded development.

Although many of our dogs have been involved in formal service such as Search & Rescue, Police K-9 Service, Competitive Dogsports, Conformation, Personal Protection, Therapy and Handicap Assistance, Theatrical Productions, Television and Film; the vast majority of our dogs have served as loving and loyal family pets and protectors.

We offer an extensive variety of dog training programs to assist your puppy in growing and learning in a safe, stimulating and fun environment. **Cher Car Kennels** specializes in ALL breed training for the family pet, along with advanced training for sport, protection and police.

Founder **Cheryl Carlson** (one of the best known experts in the industry) has been training and breeding dogs professionally since 1977; providing guard dog service, teaching family companion dogs (manners, problem solving and behavior modification), personal protection, and physical assistance dogs. She has trained and certified 54 Police Service K-9's to date (many of her own breeding), with teams qualified in patrol, narcotics and explosive detection. She has also certified many other dog trainers in police work.

## NEWS, NOTICES & EVENTS:

### DOG TRAINING CLASSES:
Visit our DOG TRAINING page to register for classes and download application form to complete and bring the first night of class.

**Obedience:** Classes will begin Wednesday, June 18, 2014 at 6:30pm and run for six weeks.

**Protection:** Classes will begin Wednesday, June 18, 2014 at 7:30pm and run for six weeks.

### CURRENT LITTERS:
#### Belgian Malinois Puppies
**Mako x Tega** puppies (3 males and 3 females) born 4/24/14. Working ability in these puppies is a given; the limitations will only be set by the handler! To learn more, visit our BELGIAN MALINOIS PUPPIES page.

#### Dutch Shepherd Puppies
**CH Lothar x GRCH Snap** pups (3 males and 2 females) born 5/20/14. We expect beautiful, brainy, athletic pups with drives to fit into any active placement. To learn more, visit our DUTCH SHEPHERD PUPPIES page.

### UPCOMING LITTERS:
#### German Shepherd Puppies
**CH Kevlar x CH Rumor** puppies due on or around 6/15/14. This litter should be medium to large in size; active and outgoing while being good with children and other animals. These pups should be exceptionally good looking, plus carry outstanding working lines on both sides of their pedigree. To learn more, visit our GERMAN SHEPHERD PUPPIES page.

### CONGRATULATIONS! UKC 2014 TOP 10 STANDINGS:
**No. 1 Dutch Shepherd:** BISS MBIMBS GRCH My Girl Tessa of Cher Car

Cheryl's breeding program has produced more than 250 certified Police Service K-9s, over 100 SAR dogs, dozens of physical and blind assistance dogs as well as PTSD and emotional assistance dogs. She has also produced more French Ring Sport titled dogs and UKC Dog Sport (protection/police) titled dogs than any other breeder in North America.

Cheryl's knowledge is frequently utilized throughout the Midwest by Federal and District courts, where she is called upon to provide expert witness testimony in regards to training of police dogs, dog attacks, and dog behavior. She first received qualified expert status by the court in 1985, and has even testified before a senate subcommittee regarding dog behavior. Cheryl is also a certified E.M.S. (Emergency Medical Services) instructor in the field of Environmental Emergencies (Dog Bite/Dog Attack).

She has rehabilitated and placed countless rescue dogs and conducted hundreds of **Dog Safety Awareness and Bite Prevention Training** seminars throughout the country. Cheryl is a paid consultant teaching **Dog Bite Prevention** techniques to various organizations including the United States Postal Service, DTE Energy, Consumer's Energy, Arizona Public Service, Unibar Damage Prevention Group, GTE, Louisiana Gas & Electric, Duke Energy, Accu-Read Services, AT&T, Michigan Consolidated Gas Company, Cinergy, United Parcel Service, Delmarva Power, Olameter Corporation, Kentucky Utilities, the Visiting Nurses Association and many more.

Cheryl enjoys competition with her own dogs, and has titled in conformation, obedience, agility, rally obedience, herding, terrier racing, lure coursing, dock jumping, Schutzhund, French Ring Sport, Campagne and UKC Dog Sport. She has judged countless personal protection trials throughout the United States and Canada, is the ONLY woman in North America to EVER receive certification as a Campagne decoy (a French sport consisting of bitework, agility, obedience and tracking), and was one of the founders and former President of NARA (North American Ring Association).

Cheryl was also the first woman to be licensed as a United Kennel Club Service Dog Trial Judge for ALL classes of Dog Sports, allowing her to officiate at Police Dog I and Police Dog II trials, as well as all other levels of certification offered by the UKC Dog Sport program. She was additionally qualified to select and certify helpers/decoys for the program, and her license has now been expanded to include United Nosework (a scent work sport utilizing the dog's keen sense of smell and natural desire to hunt). Cheryl is truly unique among trainers for her vast knowledge, years of experience and unmatched expertise in *every* area of dog training.

**Business partner Lori Webster** also has a long history of service to the world of dogs. She began raising puppies for Leader Dogs for the Blind when she was 9 years old and has evolved into an award winning trainer and high-in-trial competitor participating in obedience, agility, weight pull, rally obedience, conformation, French Ring Sport, UKC Dog Sport and personal protection. She is an accomplished decoy of national notoriety, and was the first woman certified as a United

**No. 3 Dutch Shepherd:** GUJCH GRCH Cher Car's Ring of Fire

**No. 4 Dutch Shepherd:** CH Cher Car's Some Like It Hot

Our Dutchies have consistently ranked in the United Kennel Club TOP 10 Breed Standings since 2006. (The UKC is the kennel club of registry for the Dutch Shepherd in the United States since 1995; they are not eligible for AKC registration.)

**2006**: No. 3
**2007**: No. 1
**2008**: No. 2, 5, 7, 10
**2009**: No. 2, 3
**2010**: No. 1, 4, 4, 4 (3 tied), 7, 9
**2011**: No. 1, 1 (2 tied), 3, 4, 6
**2012**: No. 1, 2, 5, 9
**2013**: No. 1, 2, 6, 8, 10, 10 (2 tied)

Cher Car Kennels has produced more UKC titled Dutch Shepherds than any other breeder in the world! (The United Kennel Club is the largest all breed performance registry in the world, registering dogs from all 50 states and 25 foreign countries.) The UKC current Top 10 Dutch Shepherd Producers List substantiates the quality and depth of our breeding program by revealing our dogs' rankings based on progeny UKC titles earned in the last decade:

**No. 1 Dutch Shepherd Sire:** PD1 PA CH Schefflers C'est Touche' Cher Car, BTr
**No. 1 Dutch Shepherd Dam:** URO1 UAGI P2 PD1 Vrijheid's Adrenaline Rush, BTr
**No. 2 (tied) Dutch Shepherd Sire:** Von Falconers Moose
**No. 4 Dutch Shepherd Sire:** CH Cher Car's Mr. Right Now
**No. 4 Dutch Shepherd Dam:** UAGI CH Cher Car's Don't Be Fooled
**No. 5 (tied) Dutch Shepherd Dam:** URO3 UCD UAGI UJJ GRCH Cher Car's Snap Decision BH CSAU
**No. 9 (tied) Dutch Shepherd Sire:** URO3 UAGII UJJ CH Cher Car's It's My Perogative BTr CSAU
**No. 10 Dutch Shepherd Dam:** CA UNJ CH Cher Car's Alpha v. Mosenthal

Our Dutch Shepherds Earn their STRIPES!® as working dogs; whether they be outstanding family companions and guardians, high in trial competition dogs, physical assistance or PTSD dogs, search and rescue dogs or police service dogs. Visit our Dutch Shepherd page for additional information. Also visit the Dutch Shepherd Dog Club of America website at www.DSDCA.org or on Facebook using the link below.

## More CONGRATULATIONS!
## 2014 Titles earned by Cher Car Kennels family & friends:

(BSD=Belgian Shepherd Dog, DSD=Dutch Shepherd Dog, GSD=German Shepherd Dog, PRT=Parson Russell Terrier)

ASCA Rally Novice
BSD – *UCD UWP CA URO2 UMJCH INTCH CHER CAR'S TEXAS TAAI RN RA* - JACKIE STEPHENSON

ASCA Rally Advanced
BSD – *UCD UWP CA URO2 UMJCH INTCH CHER CAR'S TEXAS TAAI RN RA* - JACKIE STEPHENSON

PSA-Protection Dog Certificate
DSD- *SASHA S VAN SCHERMER PDC* - TAURUS NAPPER

UNA Pre-Trial 1: Birch
BSD – *PT2 NNI NNE NNC UAGII URO1 CA CHER CAR'S MAKO STRIKE HEBELER CSAU CGC*- DEB HEBELER
GSD – *PT1 NNI NNC UAGI CHER CAR'S CUT TO THE CHASE CSAU CGC TDI* – PAUL HEBELER
DSD – *PT1 NNI NNC CA UNJ CHER CAR'S LIGHTS'N SIREN V MOSEN BTr CSAU* – LINDA RINGLE
GSD – *PT1 NNC CHER CAR'S FALCON GOD SOKAR V BURNHAM* – JULIE BURNHAM
GSD – *PT1 NNC CH CHER CAR'S HELL RAZOR* – KRISTEN VACCARIELLO
DSD – *PT1 NNC MARSHALL'S TIGER LILY OF CHER CAR* – JACKIE MARSHALL
DSD – *PT1 NNC URO1 CHER CAR'S GIFT OF FREEDOM* – DELANEY JOHNSON
DSD – *RBIMBS PT1 NNC USJCH CA UCD UAGI URO1 UWP GRCH LUNA VAN CHER CAR* – CHARLIE JOHNSON
DSD – *PT1 NNI NNC UAGI UNJ CH CHER CAR'S JUUL* - DANA CONLEY

Kennel Club Trial decoy for all levels of Dog Sport. Lori is certified in numerous other venues to provide expert training for biting dog sports.

**Business partner <u>Carole Field</u>** is a Dog World Award winning trainer and high-in-trial competitor; involved in obedience and protection sports since 1982, and conducting dog obedience instruction in a private, group and club format since 1985. Carole has titled her own dogs in conformation, obedience, agility, rally obedience, terrier racing, lure coursing, dock jumping, K9 Pro Sports, Schutzhund, French Ring Sport and UKC Dog Sport. She has judged personal protection tournaments throughout the Midwest since 1995 and is a UKC Performance Judge licensed for Family Obedience, Dog Sport (all classes of Protection and Police Dog titles), United Nosework (a scent work sport showcasing the dog's sense of smell and natural desire to hunt) and also Terrier Racing (with Senior Judge classification).

Our combined 60 years of training programs have graduated over 18,000 dogs from our facilities to date! We specialize in preventing dog behavior problems by educating dog owners through personalized private home visits, group classes or in-kennel "boarding school" training, using positive, praising methods of dog obedience instruction. We provide the knowledge, understanding and expertise necessary to teach your dog "good behavior" rather than simply punishing what you might perceive as "bad behavior". The overall well-being of the dog is then achieved through a special balance of loving attention, exercise and a sense of purpose derived through training.

Cheryl Carlson and Cher Car Kennels have also been <u>awarded special recognition</u> repeatedly for service to our customers and community. We have achieved high industry benchmarks for customer service, product quality and ethical business practices by following the advice of the Greek philosopher Plato who said "Excellence is not a gift, but a skill that takes practice. We do not

DSD – *PT1 NNI URO1 UAGI CH CHER CAR'S VINCENT VAN GOGH* - KAREN WROBLEWSKI
GSD – *PT1 NNC URO1 UNJ CH CHER CAR'S LET IT BE ME* – KELLY REED
GSD – *PT1 NNI NNC UAGI CH CHER CAR'S TAP DANCN ON A LANDMINE* - SANDRA RUBIE
BSD – *PT1 CA CHER CAR'S CURRENTLY CRAZY* – RENAE LARSEN
DSD – *PT1 NNI NNC CHER CAR'S MAINE ATTRACTION* – CHERYL CARLSON
DSD – *PT1 UWP CA UAGI URX UCD URO3 GSJCH GRCH LASER DRAGON VON CHER CAR* - MARK RICHISON
DSD – *PT1 NNI PA CHER CAR'S NICO SUAVE CSAU CGC TDI* – RACHEL PHELAN
DSD – *PT1 NNI CH CHER CAR'S DJANGO UNCHAINED* – KRISTEN VACCARIELLO

**UNA Pre-Trial 2: Anise**
BSD – *PT2 NNI NNE NNC UAGII URO1 CA CHER CAR'S MAKO STRIKE HEBELER CSAU CGC*- DEB HEBELER

**UNA Novice Nosework Container**
BSD – *PT2 NNI NNE NNC UAGII URO1 CA CHER CAR'S MAKO STRIKE HEBELER CSAU CGC*- DEB HEBELER
GSD – *PT1 NNI NNC UAGI CHER CAR'S CUT TO THE CHASE CSAU CGC TDI* – PAUL HEBELER
DSD – *PT1 NNI NNC CA UNJ CHER CAR'S LIGHTS'N SIREN V MOSEN BTr CSAU* – LINDA RINGLE
GSD – *PT1 NNC CHER CAR'S FALCON GOD SOKAR V BURNHAM* – JULIE BURNHAM
GSD – *PT1 NNC CH CHER CAR'S HELL RAZOR* – KRISTEN VACCARIELLO
DSD – *PT1 NNC MARSHALL'S TIGER LILY OF CHER CAR* – JACKIE MARSHALL
DSD – *PT1 NNC URO1 CHER CAR'S GIFT OF FREEDOM* – DELANEY JOHNSON
DSD – *RBIMBS PT1 NNC USJCH CA UCD UAGI URO1 UWP GRCH LUNA VAN CHER CAR* – CHARLIE JOHNSON
DSD – *PT1 NNI NNC UAGI UNJ CH CHER CAR'S JUUL* - DANA CONLEY
GSD – *PT1 NNC URO1 UNJ CH CHER CAR'S LET IT BE ME* – KELLY REED
GSD – *PT1 NNI NNC UAGI CH CHER CAR'S TAP DANCN ON A LANDMINE* - SANDRA RUBIE
DSD – *PT1 NNI NNC CHER CAR'S MAINE ATTRACTION* – CHERYL CARLSON

**UNA Novice Nosework Interior**
BSD – *PT2 NNI NNE NNC UAGII URO1 CA CHER CAR'S MAKO STRIKE HEBELER CSAU CGC*- DEB HEBELER
GSD – *PT1 NNI NNC UAGI CHER CAR'S CUT TO THE CHASE CSAU CGC TDI* – PAUL HEBELER
DSD – *PT1 NNI NNC CA UNJ CHER CAR'S LIGHTS'N SIREN V MOSEN BTr CSAU* – LINDA RINGLE
DSD – *PT1 NNI NNC UAGI UNJ CH CHER CAR'S JUUL* - DANA CONLEY
DSD – *PT1 NNI URO1 UAGI CH CHER CAR'S VINCENT VAN GOGH* - KAREN WROBLEWSKI
GSD – *PT1 NNI NNC UAGI CH CHER CAR'S TAP DANCN ON A LANDMINE* - SANDRA RUBIE
DSD – *PT1 NNI PA CHER CAR'S NICO SUAVE CSAU CGC TDI* – RACHEL PHELAN
DSD – *PT1 NNI CH CHER CAR'S DJANGO UNCHAINED* – KRISTEN VACCARIELLO
DSD – *PT1 NNI NNC CHER CAR'S MAINE ATTRACTION* – CHERYL CARLSON

**UNA Novice Nosework Exterior**
BSD – *PT2 NNI NNE NNC UAGII URO1 CA CHER CAR'S MAKO STRIKE HEBELER CSAU CGC*- DEB HEBELER

**United Rally Obedience 1**
BSD – *PT2 NNI NNE NNC UAGII URO1 CA CHER CAR'S MAKO STRIKE HEBELER CSAU CGC*- DEB HEBELER
DSD – *PT1 NNC URO1 CHER CAR'S GIFT OF FREEDOM* – DELANEY JOHNSON
GSD – *PT1 NNC URO1 UNJ CH CHER CAR'S LET IT BE ME* – KELLY REED

**United Rally Obedience 2**
BSD – *UCD UWP CA URO2 UMJCH INTCH CHER CAR'S TEXAS TAAI RN RA* - JACKIE STEPHENSON
DSD – *PT1 UWP CA UAGI URX UCD UROC GSJCH GRCH LASER DRAGON VON CHER CAR* - MARK RICHISON

**United Rally Obedience 3**
DSD – *PT1 UWP CA UAGI URX UCD UROC GSJCH GRCH LASER DRAGON VON CHER CAR* - MARK RICHISON

**United Rally Obedience Excellent**
DSD – *PT1 UWP CA UAGI URX UCD UROC GSJCH GRCH LASER DRAGON VON CHER CAR* - MARK RICHISON

**United Rally Obedience Champion**
DSD – *PT1 UWP CA UAGI URX UCD UROC GSJCH GRCH LASER DRAGON VON CHER CAR* - MARK RICHISON

**United Companion Dog**
BSD – *UCD UWP CA URO2 UMJCH INTCH CHER CAR'S TEXAS TAAI RN RA* - JACKIE STEPHENSON
DSD – *PT1 UWP CA UAGI URX UCD UROC GSJCH GRCH LASER DRAGON VON CHER CAR* - MARK RICHISON

**United Agility I**

Case 1:14-cv-00173-tjg   Doc #1   Filed: 08/16/2014   Page 20 of 28

act rightly because we are excellent; in fact **we achieve excellence by acting rightly**."

Our philosophy of offering the **very best** breeding and training possible works to ensure each puppy buyer is happy with their Cher Car Kennels dog, and for it to be a loved member of the family for its lifetime. We hope our website will let you get to know us, our values and our facilities.



DSD – *PT1 UWP CA UAGI URX UCD UROC GSJCH GRCH LASER DRAGON VON CHER CAR* - MARK RICHISON

United Coursing Aptitude
BSD – *UCD UWP CA URO2 UMJCH INTCH CHER CAR'S TEXAS TAAI RN RA* - JACKIE STEPHENSON
DSD – *PT1 UWP CA UAGI URX UCD UROC GSJCH GRCH LASER DRAGON VON CHER CAR* - MARK RICHISON

United Weight Puller
BSD – *UCD UWP CA URO2 UMJCH INTCH CHER CAR'S TEXAS TAAI RN RA* - JACKIE STEPHENSON
DSD – *PT1 UWP CA UAGI URX UCD UROC GSJCH GRCH LASER DRAGON VON CHER CAR* - MARK RICHISON

United Grand Show Champion
DSD – *BISS MBIMBS GRCH MY GIRL TESSA OF CHER CAR* – TOM & KATHY BALLARD

United Show Champion
DSD – *PT1 NNI CH CHER CAR'S DJANGO UNCHAINED* – KRISTEN VACCARIELLO
GSD – *CH CHER CAR'S BREAKER ONE NINE* – CHERYL CARLSON

United BEST in SPECIALTY SHOW
DSD – *BISS MBIMBS CH MY GIRL TESSA OF CHER CAR* – TOM & KATHY BALLARD

United Super Dog
DSD – *PT1 UWP CA UAGI URX UCD UROC GSJCH GRCH LASER DRAGON VON CHER CAR* - MARK RICHISON

**2014 UKC ALL-STARS**

RALLY 3 OBEDIENCE ALL-STAR RANKINGS
No. 4 (all breeds) *PT1 UWP CA UAGI URX UCD UROC GSJCH GRCH LASER DRAGON VON CHER CAR* – MARK RICHISON (87)

RALLY 2 OBEDIENCE ALL-STAR RANKINGS
No. 4 (all breeds) *PT1 UWP CA UAGI URX UCD UROC GSJCH GRCH LASER DRAGON VON CHER CAR* – MARK RICHISON (94)

UKC TOP JUNIOR PERFORMANCE STANDINGS
No. 2 (all ages) RALLY OBEDIENCE - DELANEY JOHNSON (90) with *PT1 NNC RO1 CHER CAR'S GIFT OF FREEDOM*

## Upcoming Events at Cher Car Kennels

### DOG SPORTS OPEN
Personal Protection Dog Tournament on Saturday, August 16 & Sunday, August 17, 2014. The **DOG SPORTS OPEN** is a unique biting



"DON'T RUN!" HOW TO AVOID DOG BITES & ATTACKS

## Dog Safety Awareness and Bite Prevention Training

Cheryl Carlson has been conducting "Dog Safety Awareness and Bite Prevention Training" seminars since 1979, and is a paid consultant in this matter to numerous major employers such as the United States Postal Service (USPS), General Telephone and Electronics (GTE), Accu-Read Services, Arizona Public Service (APS), Cinergy, Consumers Energy, Delmarva Power, DTE Energy, Duke Energy, Family Independence Agency (FIA), Lansing Board of Water and Light, Olameter Corporation, Unibar Damage Prevention Group, United Parcel Service of America (UPS), Visiting Nurse Association of America (VNAA), and many more.

Case:14-80173-jtg    Doc #:1    Filed: 02/18/2014    Page 21 of 28

See our <u>DOG BITE PREVENTION</u> page for additional information.

Video for Sale: **DANCES WITH DOGS**©



- Gives all decoys a base of knowledge.
- Extensive use of slow motion.
- Detailed explanation of movements.
- Actual French Ring trial footage is dissected and diagramed.
- The late **JEAN-MICHEL MOREAU**, French Ring judge, decoy and famed handler is featured. (Jean-Michel's famous German Shepherd "Lork du Val des Hurlevents" was both Vice-Championnat de France en Ring AND Championnat de France en Campagne in 1980. No other dog and handler team has ever accomplished this feat.)
- **$55 + $10 Shipping and handling**

# Calendar of Events and Training Classes

Case:14-80173-jtg    Doc#:1    Filed: 06/16/2014    Page 22 of 28

**CALENDAR**

◄ June 2014 ►

Today is: Thu, Jun 5, 2014

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
| 1 • Capital City Dog Sport Association hosts 4 United Nosework Trials | 2 | 3 | 4 • Nosework Classes | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 • Nosework Classes | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 • Nosework Classes | 19 | 20 | 21 |
| - - | - - | - - | - - | - - | - - | - - |

Click on calendar event to view details.

ACCREDITED BUSINESS — BBB

Cher Car Kennels is a Better Business Bureau Accredited Business with an A+ Rating. Click here to see our BBB Review.

Health-Tested Parents For Healthier Puppies — www.offa.org

Click Above to view listing of some of our OFA Certified dogs

Become a Fan of Cher Car Kennels on facebook

Click Above to be redirected to our FaceBook page





**Dutch Shepherd Dog Club of America**
www.DSDCA.org



Home Page | ... | ... Philosophy | OFA Certification | ... Dogs |
German Shepherd ... Belgian ... | ... puppies | What do our dogs do ... German Shepherd ... ies | Belgian
Malinois Puppies | Dutch Shepherd Puppies | Parson Jack Russell Puppies | Dogs for Adoption | Dogs for Sale | Testimonials & Brag Page | Wo ... Dog? | Is
Dog Sport for You? | Shipping | Vaccinations | Rethinking Spay & Neuter | What is a Blue Shepherd? | Ask Cheryl Message Board | Guestbook | ...

Click above to visit the Dutch Shepherd Dog Club of America website

Click to visit the Dutch Shepherd Dog Club of America Facebook page

© 1977-2014 Cher Car Kennels All rights reserved. All photos, logos and text are the copy written property of Cher Car Kennels LLC and/or its contributors.

Website design by Fieldworks



**Our Dogs Do Stuff**

We are proud of our affiliation with the United Kennel Club. Established in 1898, the United Kennel Club is the largest all-breed performance-dog registry in the world, registering dogs from all 50 states and 25 foreign countries. This registry supports the "Total Dog" philosophy which promotes the working aspect of the pure bred dog, and designs its events for dogs that **look AND perform equally** well.

UKC dog shows are family events designed by and for the breeder-owner-handler, and ban the use of "Professional Handlers" exhibiting dogs for others at conformation events. At UKC dog shows, the emphasis is on the DOG, not the SHOW.

To learn more about the United Kennel Club, click the "UKC – Our Dogs Do Stuff" logo to the left to be redirected to the UKC website.



# Boarding · Training · Breeding · Sales

## *Cher Car Kennels Puppies*

Home Page

Who are we?

History

Dog Boarding

Dog Training

Dog Bite Prevention

Dog Breeding

German Shepherds

Dutch Shepherds

Belgian Malinois

Jack Russell Terriers

Puppies

Puppy Guarantee

What do our dogs DO?

Rethinking Spay & Neuter

Dogs for Adoption

Dogs for Sale

Working Dogs

Testimonials & Brag Page

What is a Protection Dog?

Is Dog Sport for You?

Shipping

Vaccinations

What is a Blue Shepherd?

ASK CHERYL Message Board

Guestbook

Photography

Contact Us

Site Map



**German Shepherds · Dutch Shepherds · Belgian Malinois · Parson Jack Russell Terriers**
**4215 S. Lowell Road · St. Johns, MI. 48879 · Phone (989) 224-7225 · Email: info@CherCarKennels.com**

Case:14-80173-jtg   Doc #:1   Filed: 07/16/2014   Page 25 of 28

## *Providing Award Winning Canine Services since 1977*



We are responsible dog breeders. We have spent a lifetime learning pedigrees, going over dogs, talking, and learning from those in our breeds and those outside it. We raise each litter as if we gave birth to them and spend an equal amount of time finding them loving forever homes. We only bring puppies into this world that we think will be the healthiest (mentally and physically) and best examples of their breed. We support each family who is chosen for one of our puppies and let them know they are now a part of our extended family. We treat them all well; answer calls, emails and facebook messages day or night, through thick and thin.

We are there when life-altering changes occur in families and one of our dogs must come back to be re-homed. We support our breeds in rescue and education. We health test our dogs and guarantee the puppies we produce. If a medical condition crops up, we alter our breeding program and try to prevent the problem in future generations.

Our breeding program produces dogs that conform to a specific breed standard, not just in physical appearance and working structure, but more importantly in temperament, intelligence and trainability. We share our knowledge and we socialize, train and title our dogs so that they will be the advertisement for our dedication. It is impossible to determine the amount of money and time invested into our love of dogs; it would not be a true measure of how we feel.

The price charged for our puppies is not based on profit, but rather for an investment in the next generation of dogs. Our facilities are inspected and licensed yearly. We offer dog training courses for manners, competition, and service work. We have a huge network of people waiting for our puppies, with 3 generations of families (parents, children and now grand-children) buying our dogs.

We are not ashamed of whom we are... we work very hard at being good dog breeders and encourage others. We are proud of the dogs we produce and the joy and happiness those dogs bring to others, no matter their job... and we are honored to have created them.



# Cher Car Kennels Puppy Guarantee

We guarantee our Cher Car Kennels bred puppies (German Shepherd, Belgian Malinois, Dutch Shepherd or Parson Jack Russell Terrier) to be free of all congenital defects, especially those of hip and elbow dysplasia, ears and unsound temperament. In the case of missing testicles, the guarantee provides for refund of $250 toward the total amount needed for surgical correction (neutering). In the case of a defect that is cosmetic, non life altering and non life ending (such as ears that do not stand erect); a refund will be given in the amount of $500. We also guarantee our puppies to be free of infectious disease at the time of sale within that disease's incubation period. This guarantee does not include internal parasites (however puppies are dewormed twice prior to sale on the dates stated in the individual sales contract). The buyer assumes all responsibility if they fail to keep this dog in a healthy, lean condition. **The dysplasia guarantee is void in obese dogs or in dogs spayed/neutered BEFORE 14 months of age.** (Click here for greater details.) If this puppy fails in this guarantee against dysplasia, a free replacement puppy will be given from the first available litter. If the buyer does not wish a puppy, one will be assigned as theirs and sold for the buyer. The proceeds will be given directly to the buyer and will always equal the purchase price paid for the original puppy. This contract applies to the original puppy buyer only and is not transferable to a second party or in force if the puppy no longer resides with the original buyer.



Case:14-80173-jtg   Doc #:1   Filed: 07/16/2014   Page 27 of 28

# New Litters

Cher Car Kennels has a long standing relationship with law enforcement and military service personnel. Although appreciative of a high drive Police Service or Military Working Dog, these individuals require a different type of canine companion in their own home, and many choose a herding breed to safeguard their loved ones. These dogs must be vigilant in their duties, but also calm and gentle with family members... playing with the kids or snuggling with the cat. Cher Car Kennels' 35+ years of breeding experience has produced a long line of dogs whose temperament meets that need.

## Our dogs protect the families of those who protect our freedoms™

Prices are subject to change. Discount to law enforcement and active military.



Click below to see our available

## GERMAN SHEPHERD PUPPIES $1,500





Click below to see our available

## BELGIAN MALINOIS PUPPIES $1,500



Click below to see our available

http://chercarkennels.net/puppies.html

6/5/2014

Case:14-8d175.jpg   Doc #:1   Filed: 07/16/2014   Page 28 of 28



# DUTCH SHEPHERD PUPPIES $2,000





# PARSON JACK RUSSELL TERRIER PUPPIES $350



Dog Shipping Instructions



http://chercarkennels.net/puppies.html                                    6/5/2014