**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

IN RE:                                                                CASE NO. GL 14-01954
                                                                      CHAPTER 13
LORI J. WEBSTER,

              Debtor.

                                                              /

**LAW OFFICE OF TODD J. STEARN and**
**JAMES MCALISTER,**

              **Plaintiffs,**

**vs**                                                                **ADV. PRO. NO.: 14-80173**

**LORI J. WEBSTER,**

              **Defendant.**

                                                              /

**ORDER ESTABLISHING DATES FOR 7026(f) CONFERENCE, FILING DISCOVERY PLAN, AND**
**SCHEDULING PRETRIAL CONFERENCE**

PRESENT: HONORABLE JOHN T. GREGG
United States Bankruptcy Judge

An adversary proceeding having been commenced and the Court being duly advised in the premises,

NOW THEREFORE, IT IS HEREBY ORDERED as follows:

1.        Pursuant to Fed. R. Bankr.P. 7026(f), the parties shall meet in person or telephonically at least once on or before **September 5, 2014** before the **September 26, 2014** pretrial conference is held to discuss (a) the nature and basis of their claims and defenses; (b) the possibilities for a prompt resolution of the case; (c) what additional discovery may be needed and when discovery should be completed; and (d) to make or arrange for disclosures required by 7026(a)(1). This meeting shall be deemed the 7026(f) conference and shall satisfy all requirements for a meeting between the parties as set forth in Fed. R. Bankr. P. 7026(f).  Discovery may commence prior to this meeting unless the Court, for cause orders otherwise.

2.        On or before 14 days after the 7026(f) conference is held, the parties shall file with the Court a report signed by all parties outlining the discovery plan.

3.        A Pretrial Conference will be held on **September 26, 2014** at the **United States Bankruptcy**

**Court, U.S. Post Office & Federal Courthouse, 315 West Allegan Street, Room 101, Lansing, Michigan** at **11:00 a.m.** at which the following will be considered:  1) The simplification of issues; 2) The necessity or desirability of amendments to the pleadings; 3) The possibility of obtaining admissions of fact; 4) The exchange of exhibits and stipulations as to admissibility to avoid unnecessary proof; 5) The scope, extent and time permitted for discovery; 6) The prospects of settlement; 7) When a trial date will be set; and 8) Such other matters as may aid in the disposition of the action. The court may, in its discretion, orally continue or adjourn the above hearing on the record in open court.  If this occurs, parties in interest will not be given further written notice of the new hearing date.  If an entity is not present at the originally scheduled hearing, information regarding the time, date and place of an orally continued or adjourned hearing may be accessed through the Bankruptcy Court's web site (www.miwb.uscourts.gov) provided the person has a PACER login and password, or by visiting the Clerk's Office of the United States Bankruptcy Court located at One Division Avenue North, 2nd Floor, Grand Rapids, Michigan 49503. Information about a PACER login and password may be obtained by either calling PACER service center between 8:00 a.m. and 5:00 p.m. Monday through Friday, CST at (800) 676-6856 or via its web site at http://pacer.psc.uscourts.gov.

**IT IS SO ORDERED.**

Dated:  August 6, 2014

            /s/
            Hon. John T. Gregg
            United States Bankruptcy Judge

Forwarded to BNC for service upon interested parties. (8/6/14 - kd)