## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN

In re:  Lori Webster

           Debtor(s)

_____/

KLIMMEK & ROOSE, PLC
Attorneys for Plaintiff
Tadd R. Klimmek (P64616)
Adam M. Roose (P68893)
29829 Greenfield Rd., Suite 102
Southfield, MI 48076
(248) 331-1200
klimmekroose@yahoo.com

_____/

Law Office of Todd J Stearn and
James McAlister

           Plaintiff(s),

v.

Lori Webster

           Defendant.

_____/

Case 14-01954
Chapter 7
Hon. Gregg

Adv. Pro. No. 14-80173

## NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT TO DETERMINE DISCHARGEABILITY

NOW COMES Plaintiffs, Law Office of Todd J Stearn and James McAlister, by and through their attorneys, Klimmek & Roose, PLC and states as follows:

1) Plaintiffs filed a Complaint to Determine Dischargeability on 7/16/14 as Adversary Proceeding 14-80173.

2) Plaintiffs desire to have their complain dismissed with prejudice

WHEREFORE, Plaintiff prays this Honorable Court enter an Order dismissing Complaint to Determine

Dischargeabilty.

Date: 12/16/14

                                        /s/ Tadd R. Klimmek
                                        Klimmek & Roose PLC
                                        Tadd R. Klimmek (P64616)
                                        Adam M. Roose (P68893)
                                        Attorneys for Plaintiff
                                        29829 Greenfield Rd, Suite 102
                                        Southfield, MI 48076
                                        klimmekroose@yahoo.com
                                        248-331-1200

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN

In re:  Lori Webster

     Debtor(s)

_____/

Case 14-01954
Chapter 7
Hon. Gregg

KLIMMEK & ROOSE, PLC
Attorneys for Plaintiff
Tadd R. Klimmek (P64616)
Adam M. Roose (P68893)
29829 Greenfield Rd., Suite 102
Southfield, MI 48076
(248) 331-1200
klimmekroose@yahoo.com

_____/

Law Office of Todd J Stearn and
James McAlister

     Plaintiff(s),

v.

Lori Webster

     Defendant.

_____/

Adv. Pro. No. 14-80173

## ORDER DISMISSING COMPLAINT TO DETERMINE DISCHARGEABILITY

The above captioned Plaintiff, having filed a Complaint to Determine Dischargabilty and now desiring to voluntarily dismiss said complaint and in consideration of Plaintiff's Notice of Voluntary Dismissal of Complaint to Determine Dishcargeability.

IT IS HEREBY ORDERED that Adversary Proceeding 14-80173 is dismissed with prejudice.