**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN**

IN RE:

LORI J. WEBSTER,

      Debtor.

CASE NO. GL 14-01954
CHAPTER 13

_____/

**LAW OFFICE OF TODD J. STEARN and
JAMES MCALISTER,**

      **Plaintiffs,**

**vs**

**LORI J. WEBSTER,**

      **Defendant.**

**ADV. PRO. NO.: 14-80173**

_____/

**NOTICE OF TELEPHONIC HEARING**

      Please take notice that a hearing regarding the above-captioned adversary proceeding will be held telephonically.   The telephonic hearing will be held **December 19, 2014** at **12:30 p.m.** before the Hon. John T. Gregg.

      Parties are to dial 888-830-6260 and reference Access Code 427350 to participate in the hearing.

      **PLEASE TAKE NOTICE that the telephonic hearing may be recorded from the moment the first participant gets on line, even if an operator or the court fails to announce the commencement of recording.**

_____

A copy of this notice has been served by the court pursuant to its CM/ECF electronic notification procedures upon:

Tadd R. Klimmek, Esq.
Daniel Pawluk, Esq.
Michelle M. Wilson, Esq. – Office of the U.S. Trustee



DANIEL M. LaVILLE
CLERK OF BANKRUPTCY COURT
/s/
By:  Kim Davis, Deputy Clerk

December 18, 2014
Date

NOTICE IS HEREBY GIVEN that the court may, in its discretion, orally continue or adjourn the above matter on the record in open court.  If this occurs, parties in interest will not be given further written notice of the new hearing date.  If an entity is not present at the originally scheduled hearing, information regarding the time, date and place of an orally continued or adjourned hearing may be accessed through the Bankruptcy Court's web site (www.miwb.uscourts.gov) provided the person has a PACER login and password, or by visiting the Clerk's Office of the United States Bankruptcy Court located at One Division Avenue North, 2nd Floor, Grand Rapids, Michigan 49503. Information about a PACER login and password may be obtained by either calling PACER service center between 8:00 a.m. and 5:00 p.m. Monday through Friday, CST at (800) 676-6856 or via its web site at http://pacer.psc.uscourts.gov.